ACCEPTED
02-17-00429-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 9:56 AM
DEBRA SPISAK
CLERK

**NO. 02-17-00429-CV**

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 9:56:46 AM
DEBRA SPISAK
Clerk

## IN THE COURT OF APPEALS
## FOR THE SECOND DISTRICT OF TEXAS
## AT FORT WORTH, TEXAS

**ABDIEL LOPEZ,**
**Appellant,**

**v.**

**CREST GATEWAY, L.P. AND CREST ASSET**
**MANAGEMENT, INC.,**
**Appellees.**

**On Appeal from the 96ᵗʰ District Court, Tarrant County, Texas**
**Cause No. 096-279371-15**
**(Hon. R. H. Wallace, Jr.)**

## NOTICE OF APPEARANCE OF
## LEAD APPELLATE COUNSEL FOR APPELLEES

**TO THE HONORABLE JUSTICES**
**OF THE FORT WORTH COURT OF APPEALS**:

**PLEASE TAKE NOTICE**, pursuant to rule 6.2 of the Texas Rules of Appellate Procedure, that Michelle E. Robberson, of the law firm of Cooper & Scully, P.C., will serve as lead appellate counsel for Appellees Crest Gateway, L.P. and Crest Asset Management, Inc. in the above-styled appeal, in addition to Appellees' trial counsel, Gordon K. Wright and John C. Faubion of Cooper & Scully, P.C.

Contact information for Appellees' lead appellate counsel is:

Michelle E. Robberson
Texas Bar No. 16982900
**Cooper & Scully, P.C.**
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 (fax)
michelle.robberson@cooperscully.com

Ms. Robberson requests the Court and opposing parties and counsel add her to the list of counsel in this case who will receive notice and service of all pleadings, notices, briefs, orders, and other communications from the Court and from opposing parties and counsel.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: /s/ Michelle E. Robberson
   **MICHELLE E. ROBBERSON**
   Texas State Bar No. 16982900
   michelle.robberson@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: 214.712.9500
Facsimile: 214.712.9540

**ATTORNEYS FOR APPELLEES**
**CREST GATEWAY, L.P. AND CREST**
**ASSET MANAGEMENT, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Notice on the

counsel of record listed below via e-file on this 20th day of December, 2017:

*Via E-filing*
Domingo A. Garcia, garciadtx@aol.com
Ryan C. Sorrells, rsorrells@dgley.com
LAW OFFICES OF DOMINGO A. GARCIA, P.C.
600 Bank of America Tower-Oak Cliff
400 S. Zang Blvd.
Dallas, TX 75208

       /s/ Michelle E. Robberson _____
       **MICHELLE E. ROBBERSON**